| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, P.L.**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number: 561-241-6901<br>Attorneys For Secured Creditor<br><br>MIRIAM J. ROSENBLATT (MR 7505) | Case No.: 15-23005-SLM<br><br>Chapter 13<br><br>Judge: Stacey L. Meisel |
| **In Re:**<br><br>Mark Marinkovic,<br><br>    Debtor. | |

Order Filed on October 20, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey

### ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: October 20, 2016**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

  

15-23005-SLM
MARINKOVIC MARK
Order on Application for Redaction

**Page 2**

Debtors: Mark Marinkovic
Case No.: 15-23005-SLM
Caption of Order: **Order Directing Redaction of Personal Information**

---

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES L.P., and regarding the following documents:

a. Proof of Claim, filed on July 30, 2015, as claim 1-1 on the Claims Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.