| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, P.L.**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number: 561-241-6901<br>Attorneys For Secured Creditor<br><br>MIRIAM J. ROSENBLATT (MR 7505) | Case No.: 15-23005-SLM<br><br>Chapter 13<br><br>Judge: Stacey L. Meisel<br><br>*Order Filed on October 20, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey* |
| **In Re:**<br><br>Mark Marinkovic,<br><br>   Debtor. | |

### ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page, number (2), is hereby **ORDERED.**

DATED: October 20, 2016

                                                    Honorable Stacey L. Meisel
                                                  United States Bankruptcy Judge




15-23005-SLM
MARINKOVIC MARK
Order on Application for Redaction

**Page 2**

Debtors: Mark Marinkovic
Case No.: 15-23005-SLM
Caption of Order: **Order Directing Redaction of Personal Information**
_____

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES L.P., and regarding the following documents:

a. Proof of Claim, filed on July 30, 2015, as claim 1-1 on the Claims Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-23005-SLM
Mark Marinkovic                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1           Date Rcvd: Oct 20, 2016
                              Form ID: pdf903        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2016.
db         +Mark Marinkovic,    211 Jersey Ave.,   Cliffside Park, NJ 07010-1400
aty        +Audwin Levasseur,    Law Offices of Harbatkin & Levasseur, PA,   50 Park Place,   Ste 1400,
             Newark, NJ 07102-4310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    FV-I, Inc. In Trust for Morgan Stanley Mortgage
               Capital Holdings LLC dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              John Philip Schneider    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
               Participation Trust, By Caliber Home Loans, Inc., as it's attorney in fact nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER
               FOR FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY GATEWAY FUNDING
               DIVERSIFIED MORTGAGE SERVICES L.P.GATEWAY FUNDING DIVERSIFIED MOR nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC,
               AS AUTHORIZED SERVICER FOR FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORGINATED BY
               GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, L.P., nj.bkecf@fedphe.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Miriam  Rosenblatt    on behalf of Creditor    DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC,
               AS AUTHORIZED SERVICER FOR FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORGINATED BY
               GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, L.P., mrosenblatt@rasflaw.com
                                                                                               TOTAL: 6